# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. LORD, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DISTRICT COURT, et al., <br><br> Defendants. | 1:06cv1418 AWI DLB <br><br> ORDER REQUIRING PLAINTIFF TO SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff, a state prisoner proceeding pro se, filed the instant petition seeking a tax refund on October 10, 2006. Plaintiff also filed an application to proceed in forma pauperis. However, Plaintiff did not complete the proper in forma pauperis application.

Accordingly, Plaintiff is ORDERED to submit a completed application to proceed in forma pauperis, along with all necessary documentation, within thirty (30) days of the date of service of this order. The Clerk of the Court shall send Plaintiff the appropriate application.

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: October 27, 2006                          /s/ **Dennis L. Beck**
3b142a                                            UNITED STATES MAGISTRATE JUDGE

1