# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD A. LORD, | ) | 1:06cv1418 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 5) |
| UNITED STATES DISTRICT COURT, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, filed the instant petition seeking a tax refund on October 10, 2006.

On December 19, 2006, the Magistrate Judge issued Findings and Recommendation that the complained be DISMISSED for Plaintiff's failure to follow the Court's order. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated December 19, 2006, is ADOPTED IN FULL; and

2. The complaint is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:    March 6, 2007**                                  **/s/ Anthony W. Ishii**
0m8i78                                                        UNITED STATES DISTRICT JUDGE